UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:23-cv-06314-JLS-MAA | Date: December 19, 2023 |
| Title:   *Kelly McKee v. L.A. County* | |

Present: <u>The Honorable JOSEPHINE L. STATON, U.S. District Judge</u>

| <u>Gabby Garcia</u> | <u>Not Reported</u> |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILING TO ESTABLISH *IN FORMA PAUPERIS* STATUS, PAY FILING FEE, OR RESPOND TO COURT ORDER

  All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

  Plaintiff Kelly McKee filed a civil complaint with an accompanying request to proceed *in forma pauperis* ("IFP Request"). Dkts. 1, 2. On October 24, 2023, the Court postponed ruling on the IFP Request to allow Plaintiff to provide additional information. Dkt. 5. The Court directed Plaintiff to refile a fully completed IFP Request or pay the full filing fee, and it warned that the case would be dismissed without prejudice if she did not comply in 30 days. *Id*.

  ///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-06314-JLS-MAA                    Date: December 19, 2023

Title:       *Kelly McKee v. L.A. County*

    To date Plaintiff has not complied with, or otherwise responded to, the Court's order. Accordingly, this action is DISMISSED without prejudice. *See, e.g., Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish *in forma pauperis* status and does not pay the required filing fee).

    IT IS SO ORDERED.